# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POWER BUYING DEALERS USA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JUUL LABS, INC., a Delaware corporation, and HS WHOLESALE, LIMITED, an Illinois corporation,<br><br>Defendants. | Case No. 1:21-cv-3154<br><br>Judge Sharon J. Coleman<br><br>Magistrate Judge Jeffrey T. Gilbert |

### DECLARATION OF SAMER ODEH IN SUPPORT OF PLAINTIFFS' ALTERNATIVE MOTION TO AMEND THE COMPLAINT

I, Samer Odeh, submit the following declaration pursuant to 28 U.S.C. § 1746 in support of Plaintiffs' Alternative Motion to Amend the Complaint.

1. I am the President of Power Buying Dealers USA, Inc. ("PBD"). I have held this position since the formation of the company.

2. During the period 2018 and 2019, PBD sold Juul devices and other Juul products to B&G Wholesale in Houston in excess of $236,000.

3. During the period 2018 and 2019, PBD sold Juul devices and other Juul products to Zee Wholesale in Michigan in excess of $120,000.

4. During the year 2018, PBD sold Juul devices and other Juul products to customers in states other than Illinois in the amounts set forth below:

| California | $50,000 |
|---|---|
| Arizona | $75,000 |
| Nevada | $23,380 |

5976196v1/34231-0001

| | |
|---|---|
| Texas | $236,820 |
| New York | $1,112,637 |
| Pennsylvania | $1,504,000 |
| Michigan | $193,308 |
| Wisconsin | $33,000 |
| Indiana | $5,050 |
| Florida | $1,018,000 |
| Georgia | $1,131,680 |
| South Carolina | $25,000 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 2, 2022

Samer Odeh

5976196v1 34231-0001