# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Power Buying Dealers USA, Inc., et al.

                                      Plaintiff,

v.                                                                              Case No.: 1:21–cv–03154
                                                                             Honorable Sharon
                                                                             Johnson Coleman

Juul Labs, Inc., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 28, 2023:

       MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing and motion hearing held on 11/28/23. Plaintiff's Motion to Sanction Defendant HS Wholesale, Limited for Its Violation of the Court's Order Granting Plaintiff's Motion to Compel [188] is denied for the reasons stated on the record. HSW's oral motion to allow it to complete its production of documents in accordance with the Court's order of 10/25/23 [185] on or before 12/5/23 is granted. That order is nunc pro tunc to 11/9/23, which is the prior deadline for that production. For the avoidance of doubt, the Court clarifies that its order of 10/25/23 addressed only the geographic scope of HSW's production and not any other disputes the parties have regarding HSW's responses to Plaintiff's first or second requests for production of documents. Fact discovery shall be completed by 2/9/24. That is a date to which all parties agree. By 12/12/23, the parties shall file an updated status report with confirmed dates for remaining fact depositions that either party wants to take before the close of fact discovery. The Court defers the setting of an expert discovery schedule at the parties' request until after the parties attempt to settle the case, which they plan to do upon completion of fact discovery. If the parties would like a settlement conference with Judge Gilbert, the parties should contact the Court's courtroom deputy. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.