**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| POWER BUYING DEALERS USA, INC., a Delaware corporation, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:21-cv-3154 |
| v. | ) ) | Judge Sharon J. Coleman |
| JUUL LABS, INC., a Delaware corporation, and HS WHOLESALE, LIMITED, an Illinois corporation, | ) ) ) | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | ) ) ) ) | |

**DEFENDANTS JUUL LABS INC.'S AND HS WHOLESALE
LIMITED'S JOINT MOTION FOR ENTRY OF RULE 58
JUDGMENT PURSUANT TO APPELLATE COURT'S JUNE 2, 2026 ORDER**

Pursuant to Federal Rule of Civil Procedure 58(d), and the June 2, 2026 Order issued by the Seventh Circuit Court of Appeals (attached hereto as Exhibit A), Defendants Juul Labs, Inc. ("JLI") and HS Wholesale, Limited ("HSW") jointly move this Court for entry of judgment following this Court's denial of Plaintiff Power Buying Dealers USA, Inc's ("PBD") third Motion to Reconsider. (*See* Dkt. #304). In support of their Motion, Defendants state as follows:

1. Following the Court's May 5, 2026 denial of PBD's third Motion to Reconsider (Dkt. #304), PBD appealed to the Seventh Circuit Court of Appeals. (*See* Dkt. #306). Subsequently, on June 2, 2026, the Seventh Circuit entered an Order stating:

> A preliminary review of the short record suggests that the district court has not entered a final judgment under Rule 58 of the Federal Rules of Civil Procedure, after it vacated its previous, June 4, 2025, judgment on February 27, 2026. After a district court grants a post-judgment motion and vacates its judgment, it should enter any new judgment on a separate document. *See Emps. Ins. of Wausau v. Titan Int'l, Inc.*, 400 F.3d 486, 489 (7th Cir. 2005). Accordingly,

.

> **IT IS ORDERED** that both appellant and appellees each shall file, on or before June 9, 2026, a statement advising the court whether they will request in the district court that a new judgment be set out in a separate document. See Fed. R. Civ. P. 58(d).

(Ex. A) (emphasis in original).

2.      Accordingly, on June 9, 2026, Defendants filed a statement with the Seventh Circuit advising that they intended to seek entry of a new, separate Rule 58(d) judgment from this Court. (*See* Ex. B).

3.      While Defendants believe the procedural posture of this case resulting from the Court's rulings is correct and that the judgment of June 4, 2025 is properly entered, in an abundance of caution and to avoid confusion with the Seventh Circuit for the reasons stated by the appellate court, Defendants now move this Court for entry of a new, separate Rule 58(d) judgment.

4.      Because the Court previously indicated that it "[stood] by its previous rulings" (Dkt. #304) and "affirm[ed] its previous decision, dismissing the Complaint with prejudice," the new Rule 58 judgment should be substantively identical to the judgment entered on June 4, 2025, including the award of costs to Defendants. (Dkt. #271).

5.      On June 9, 2026, PBD also filed a Request to this Court seeking "that the Court enter a final judgment under Rule 58(e) after it vacated its previous June 4, 2025 judgment on February 27, 2026." (Dkt. #314 at 2).

6.      In addition, on June 9, 2026, PBD file an appellate statement advising the Seventh Circuit had it had "filed with the District Court a request for it to enter a final judgment under Rule 58(e)." (Ex. B at 1).

7.      Thereafter, Defendants requested whether PBD consented to this Motion. PBD stated it would not consent to the Motion.

WHEREFORE, for the foregoing reasons, JLI and HSW respectfully request that the Court enter a new judgment in their favor under Rule 58(d), substantively identical to the Court's June 4, 2025 judgment.

Dated: June 10, 2026

Juul Labs, Inc.                                                                                          HS Wholesale, Limited

By: */s/ Lauren M. Loew*                                                                    By: */s/ Michael A. Jacobson*
Lauren M. Loew            Kirsten R. Dedrickson            Michael A. Jacobson
Mason D. Roberts         Foley & Lardner LLP              James A. Morsch
Foley & Lardner LLP     150 E. Gilman St., Suite 5000   Saul Ewing LLP
321 N. Clark St., Suite     Madison, WI 53703                 161 N. Clark St., Suite 4200
3000                              (608) 258-4282                       Chicago, IL 60601
Chicago, IL 60654          kirsten.dedrickson@foley.com   michael.jacobson@saul.com
(312) 832-4500                                                          jim.morsch@saul.com
lloew@foley.com
mroberts@foley.com     *Attorneys for Juul Labs, Inc.*      *Attorneys for HS Wholesale, Limited*

3

**CERTIFICATE OF SERVICE**

I certify that on June 10, 2026, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system for the District Court of the Northern District of Illinois, which will send an electronic copy of the foregoing to counsel of record and constitutes service pursuant to Local Rule 5.9 of the Northern District of Illinois.

*/s/ Mason D. Roberts*
Mason D. Roberts